In The United States District Court
For The Southern District of Texas
Houston Division
United States Courts
Southern District of Texas
FILED
SEP 20 2024
Nathan Ochsner, Clerk of Court

Bryan Stallworth, et. al.,

Plaintiffs

vs.

Walker County, Texas,
et. al.
Defendants

Case no. 24-CV-01361
(To Be Supplied And Filed By Clerk)

## Motion For Declaratory Judgment

Now Comes the plaintiff, by primary Plaintiff, Bryan Stallworth, files this Motion For Declaratory Judgment Pursuant to Federal Rules of Civil Procedure (Rule 57) In Support thereof plaintiffs state as follows:

1. Defendants' violated the rights of plaintiffs by not furnishing a change of clothing/uniforms from September 16th, 2022 to Friday, November 25th, 2022.

2. Defendants violated the rights of plaintiffs by not furnishing hygiene products from

(1 of 3)

Thursday, October 20th, 2022 to Thursday November 10th, 2022 and from Thursday June 1st, 2023 to Thursday, June 15th, 2023.

3. Plaintiff, Bryan Stollworth, was poisoned by eating the pulled pork tray at lunch on Wednesday, January 18, 2023, and Nurse Inez Chapa stated the inmates were affected who ate the pulled pork. Discovery will have to be completed for this issue to ripen as factual.

## Memorandum of Law

The Declaratory Judgment Act "authorizes the federal courts to 'declare the rights and other legal relations of any interested party seeking declaration.'" Val-Com Acquisitions TR. v. Chase Home Fin., L.L.C., 428 F. App'x 364, 365 (5th Cir. 2011)(quoting 28 U.S.C. § 2201(a)). "The purpose of the Declaratory Judgment Act is to settle 'actual controversies' before they ripen into violations of law or a breach of some contractual duty. Hardware Mut. Cas. Co. v. Schantz, 178 F.2d. 779, 780 (5th Cir. 1949).

(2 of 3)

Wherefore, Plaintiff's pray this Honorable Court would grant Declaratory Judgment and Rule in favor of plaintiffs.

Respectfully Submitted,

/S/

Bryan Stallworth
Plaintiff

(3 of 3)

State of Texas )
County of Walker ) S.S.

## Affidavit

I, the undersigned, declare under the penalty of perjury that the enclosed Motion For Declaratory Judgment and Certificate of Service is true and correct to the best of my knowledge and understanding pursuant to Title 28 U.S.C. §1746; Title 18 U.S.C. §§1621-1623.

/S/
Bryan Stallworth
Affiant

H). Supervising Sheriff Zachary Acy, Defendant Acy